IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**RONALD N. MCKAY**,                                   Civil Case No.  08-1224-ST

          Plaintiff,

                                                       O R D E R

      v.

**BRYAN MORRIS, JOHN NACCARATO,
JOHN DOE I, JOHN DOE II,** and
**CLACKAMAS COUNTY**,

          Defendants.
_____

      Terrance J. Slominski
      Slominski & Associates
      7150 SW Hampton, Suite 201
      Tigard, Oregon  97223

          Attorney for Plaintiff

Kathleen J. Rastetter
Clackamas County Counsel
2051 Kaen Road
Oregon City, Oregon  97045-1819

    Attorney for Defendants

KING, Judge:

    The Honorable Janice M. Stewart, United States Magistrate Judge, filed Findings and Recommendation on May 25, 2010.  Plaintiff filed timely objections to the Findings and Recommendation.

    When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a <u>de novo</u> determination of that portion of the magistrate's report.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982).  This court has, therefore, given <u>de novo</u> review of the rulings of Magistrate Judge Stewart.

    This court ADOPTS the Findings and Recommendation of Magistrate Judge Stewart (#58) dated May 25, 2010 in its entirety.

    IT IS HEREBY ORDERED that defendants' Motion for Summary Judgment (#32) is granted.

    DATED this   9th   day of July, 2010.

                                                 /s/ Garr M. King
                                                      GARR M. KING
                                             United States District Judge